IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASMON STALLINGS,

    Petitioner,

-vs-

TERRY WILLIAMS,

    Respondent.                        No. 15-cv-171-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on July 14, 2015 (Doc. 26), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** The Court declines to issue a certificate of appealability.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:  s/*Caitlin Fischer*
                                           Deputy Clerk

**DATED:** July 15, 2015

Digitally signed by David R. Herndon
Date: 2015.07.15 09:05:05 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**